**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARWIN GILBERTO RODRIGUEZ-BETANCO,

Defendant.

Case No. 2:26-mj-000532-EJY

**Order Directing Probation to Prepare a Criminal History Report [Proposed]**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 11 day of August, 2026.

Elayna J. Youchah

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE